IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GALLATIN COUNTY and RICK BLACKWOOD<br><br>*Plaintiffs,*<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, *et al.*<br><br>*Defendants.* | CAUSE No. CV-21-29-BU-BMM<br><br>Judge: Hon Brian Morris<br><br>ORDER EXTENDING DEADLINE |

Upon defendant's motion to extend the deadline to reply to Gallatin County and Rick Blackwood's Brief in Opposition of Motion to Stay:

IT IS HEREBY ORDERED the deadline for defendant to file its reply brief is moved from October 12, 2021 to October 26, 2021

Date: October 6th, 2021

_____
Brian Morris, Chief District Judge
United States District Court