IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GALLATIN COUNTY and RICK BLACKWOOD<br><br>*Plaintiffs,*<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, *et al.*<br><br>*Defendants*. | CAUSE No. CV-21-29-BU-BMM<br><br>Judge: Hon Brian Morris<br><br>ORDER  EXTENDING DEADLINE |

Upon defendant's unopposed motion to extend the deadline to reply to Gallatin County and Rick Blackwood's Brief in Opposition of Motion to Stay:

IT IS HEREBY ORDERED the deadline for defendant to file its reply brief is extended from October 26, 2021, to and including November 9, 2021

DATED this 27th day of October, 2021

Brian Morris, Chief District Judge
United States District Court