IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GALLATIN COUNTY and RICK BLACKWOOD<br><br>*Plaintiffs,*<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, *et al.*<br><br>*Defendants*. | CAUSE No. CV-21-29-BU-BMM<br><br>Judge: Hon Brian Morris<br><br>ORDER EXTENDING DEADLINE |

Upon defendant's unopposed motion to extend the deadline to reply to Gallatin County and Rick Blackwood's Brief in Opposition of Motion to Stay:

IT IS HEREBY ORDERED the deadline for defendants to file their reply brief is extended from November 23, 2021, to and including December 7, 2021

Date:  November <u>22nd</u> day of November, 2021

_____
Brian Morris, Chief District Judge
United States District Court