UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GALLATIN COUNTY and RICK BLACKWOOD, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, INTACT INSURANCE GROUP USA, LLC, INTACT U.S. HOLDINGS, INC. <br><br> Defendants. | Cause No.: CV-21-29-BU-BMM <br> Judge: Hon. Brian Morris <br><br><br> ORDER FOR DISMISSAL WITH PREJUDICE |

Pursuant to the Stipulation of the parties and good cause shown, IT IS ORDERED that the above-entitled case is dismissed with prejudice as fully settled upon its merits, each party bearing its own costs and attorneys' fees.

DATED this 13th day of December, 2021.

*Brian Morris*
_____
Brian Morris, Chief District Judge
United State District Court